IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

JAMEL DEANGELO THOMPSON,

    Plaintiff,

vs.

CORRECTIONS CORPORATION
OF AMERICA; TODD THOMAS;
PEGGIE COOPER; Unit Manager
WOODS; Unit Manager LOTT;
Unit Manager ACREE; CO HILL;
CO GIBSON; JOSEPH RUSSELL;
and JOHN M. FERGUSON,

    Defendants.

CIVIL ACTION NO.: CV510-069

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants Lott, Acree, Hill, and Gibson are **DISMISSED**, without prejudice.

SO ORDERED, this 22 day of February, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)